# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL JEROME LAWRENCE, JR.,<br>    Reg: 62638-112<br><br>    Defendant. | CR 11-00357-RGK<br><br>ORDER FOR PSYCHIATRIC EXAMINATION |

On January 8, 2013, the Court ordered a psychiatric examination of the defendant, with a written report to be submitted to the Court by February 8, 2013. The Court has been informed that, as of this date, the examination has not taken place.

Therefore, It is ordered that the defendant be provided with a psychiatric examination at the earliest time available, and that a written report regarding the examination be provided to the Court not later than April 2, 2013.

**IT IS SO ORDERED.**

Dated: February 11, 2013

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE